In the Matter of UTILITIES POWER & LIGHT CORPORATION, Debtor.

UTILITIES POWER & LIGHT CORPORATION et al. v. ASSOCIATED INVESTING CORPORATION et al.

In the Matter of UTILITIES POWER & LIGHT CORPORATION, Debtor.

ASSOCIATED INVESTING CORPORATION v. UTILITIES POWER & LIGHT CORPORATION et al.

In the Matter of UTILITIES POWER & LIGHT CORPORATION, Debtor.

ATLAS CORPORATION v. UTILITIES POWER & LIGHT CORPORATION et al.

In the Matter of UTILITIES POWER & LIGHT CORPORATION, Debtor.

ASSOCIATED INVESTING CORPORATION v. UTILITIES POWER & LIGHT CORPORATION et al.

In the Matter of UTILITIES POWER & LIGHT CORPORATION, Debtor.

UTILITIES POWER & LIGHT CORPORATION et al. v. ASSOCIATED INVESTING CORPORATION et al.

Nos. 6377, 6378, 6404–6406.

Circuit Court of Appeals, Seventh Circuit.

Oct. 28, 1937.

Edwin L. Weisl, of New York City, Charles LeRoy Brown, Jacob Logan Fox, Nathan S. Blumberg, Willard L. King, Edward R. Johnston, Anan Raymond, Dwight H. Green, Walter Brewer, Edward J. Farrell, Weymouth Kirkland, and Robert N. Golding, all of Chicago, Ill., C. K. Welsh, of Rockford, Ill., and Don Kenneth Jones and Meyer Abrams, both of Chicago, Ill. for Utilities Power.

Clarence H. Ross, of Chicago, Ill., for Atlas Corporation and Associated Investing.

Before SPARKS, Circuit Judge.

PER CURIAM.

The District Court of the United States for the Northern District of Illinois, Eastern Division, having requested that this cause be remanded to the said District Court, and by consent and request of all parties concerned, it is ordered, adjudged, and decreed by this court that this cause be, and the same is hereby, remanded to the District Court of the United States for the Northern District of Illinois, Eastern Division.

This order was entered in each of the five above-entitled causes.